FILED
JUL 10 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JORGE AARON CEJA-VALDEZ, <br> Defendant. | Case No. 12CR4848-GPC <br><br> ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 12CR4848-GPC against defendant JORGE AARON CEJA-VALDEZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 7/10/13

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge